IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

P<small>ARAGUA</small> LLC,
A<small>N</small> I<small>LLINOIS</small> L<small>IMITED</small> L<small>IABILITY</small> C<small>OMPANY</small>,

    Plaintiff,

v.

K9 K<small>ING</small>, LLC,
A F<small>LORIDA</small> L<small>IMITED</small> L<small>IABILITY</small> C<small>OMPANY</small>,

    Defendant.

Case No. 2019-CV-006145

## COMPLAINT

Plaintiff PARAGUA LLC ("PARAGUA"), by and through the undersigned counsel, complaints against Defendant K9 KING LLC ("K9 KING") as set forth below:

### NATURE OF THE CASE

1. This is an action for copyright infringement pursuant to 17 U.S.C. § 501.

### PARTIES

2. Plaintiff PARAGUA is an Illinois Limited Liability Company having its principal office in Naperville, Illinois.

3. On information and belief, Defendant K9 KING is a Florida Limited Liability Company having its principal office in Valrico, Florida.

### JURISDICTION AND VENUE

4. Pursuant to 28 U.S.C. §§ 1331, 1338 and 1400, this Court has jurisdiction over all claims for Copyright Infringement.

5. On information and belief, personal jurisdiction over Defendant K9 King is vested in this Court pursuant to one or more subsections of 735 ILCS 5/2-209, and, in particular, K9 King has of-

fered for sale and/or sold bandanas covered by the asserted copyright within the State of Illinois via its Amazon.com storefront.

6. On information and belief, venue is proper in this district pursuant to 28 U.S.C. § 1391 as K9 King has offered for sale and/or sold bandanas covered by the asserted copyright to residents of this District.

## FACTUAL BACKGROUND

7. In 2018, the owners of PARAGUA devised a new product; in particular, a birthday bandana for dogs that included a creative pattern of bones, treats and paw prints around an empty circle with the words "birthday boy" printed within in white text, all on a two-tone background of dark blue and light blue ("THE HECHO DOG BIRTHDAY BANDANA").

8. THE HECHO DOG BIRTHDAY BANDANA design was the product of considerable creative effort and research by the owners of PARAGUA.

9. THE HECHO DOG BIRTHDAY BANDANA design was registered with the Copyright Office, as reflected in Copyright Registration Number VA 2-119-241.

10. After THE HECHO DOG BIRTHDAY BANDANA design was registered with the Copyright Office, it was offered for sale on Amazon.com, where it immediately generated strong sales.

11. Sales of THE HECHO DOG BIRTHDAY BANDANA have been consistently strong with total sales of nearly ten thousand units as of September 13, 2019.

12. On or about February 28, 2019, the owners of PARAGUA noticed a competing bandana marketed by K9 KING was being offered for sale on Amazon.com. A side by side comparison of the original HECHO DOG BIRTHDAY BANDANA and the INFRINGING BANDANA is shown below:

HECHO DOG BIRTHDAY BANDANA  INFRINGING BANDANA

 

13. As is readily apparent, the creative design of the HECHO DOG BIRTHDAY BANDANA was almost entirely copied by the INFRINGING BANDANA; in particular, the design elements, pattern, text, and color scheme were copied nearly exactly.

14. The extent of the copying strongly suggests that K9 KING had access to the HECHO DOG BIRTHDAY BANDANA.

15. On or about February 28, 2019, PARAGUA reported the INFRINGING BANDANA to Amazon.com using the DMCA process implemented by Amazon.com.

16. On or about March 1, 2019, PARAGUA contacted DANIEL BARNES ("BARNES"), the listed manager of K9 KING and demanded that K9 KING cease and desist all sales and marketing of the INFRINGING BANDANA.

17. Neither BARNES nor K9 KING have ever responded to the above demand.

18. On or about March 6, 2019, Amazon.com responded to the report of the INFRINGING BANDANA by removing all listings of the INFRINGING BANDANA.

19. On or about September 6, 2019, PARAGUA received an email from Amazon.com indicating that K9 KING had submitted a Counter Notice using Amazon.com's DMCA process to contest the allegations of copyright infringement.

20. In order to defend its copyright, PARAGUA has filed this claim.

## FIRST CLAIM
(Copyright Infringement – 17 U.S.C. § 501)

21. Plaintiffs reallege and incorporate by reference the previous paragraphs of this Complaint.

22. PARAGUA owns all right, title and interest to the HECHO DOG BIRTHDAY BANDANA design, which was registered with the U.S. Copyright Office on May 17, 2018.

23. A true and correct copy of the certificate of the foregoing registration is attached hereto as Exhibit 1.

24. Without PARAGUA's authorization or consent, K9 KING willfully copied, displayed, distributed and/or made derivative works of the HECHO DOG BIRTHDAY BANDANA in connection with the INFRINGING BANDANA.

25. K9 KING's infringement of PARAGUA's copyright has caused irreparable injury to PARAGUA, and unless restrained and enjoined by this Court, such irreparable injury will persist.

26. In addition, K9 KING's infringement entitles PARAGUA to monetary damages, including, but not limited to, PARAGUA'S actual damages, K9 KING's profits, statutory damages (if elected, up to the maximum allowable amount of $150,000 for each work willfully infringed), costs and attorneys' fees.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

a. Declare that K9 KING has engaged in copyright infringement by copying, displaying, distributing, and/or making derivative works of the HECHO DOG BIRTHDAY BANDANA;

b. Permanently enjoin K9 KING from copying, displaying, distributing, and/or making derivative works of the HECHO DOG BIRTHDAY BANDANA including the INFRINGING BANDANA;

c. Order the seizure, impoundment, and/or destruction of any and all stock of the INFRINGING BANDANA;

d. Award PARAGUA monetary damages in an amount to be determined, including, but not limited to, actual damages, the profits of K9 KING, and/or statutory damages;

e. Award PARAGUA its attorneys' fees and costs pursuant to the Copyright Act, 17 U.S.C. § 505; and

f. Grant PARAGUA any other relief that the Court deems just and proper.

PARAGUA LLC,

Date: September 13, 2019  By: /s/ Konrad Sherinian
                               An attorney for Plaintiff

Attorneys for Plaintiff

Konrad Sherinian
E-Mail: ksherinian@sherinianlaw.net
Depeng (Edward) Bi
E-Mail: ebi@sherinianlaw.net
THE LAW OFFICES OF KONRAD SHERINIAN, LLC
1755 Park Street, Suite # 200
Naperville, Illinois 60563
Telephone: (630) 318-2606
Facsimile: (630) 364-5825